AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MA__

FILED
In Open Court
USDC, Mass.
Date 4/2/04
By ___
Deputy Clerk  3:30 pm

APPEARANCE

Case Number: 04-1069-JGD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for __Luis Castro__

I certify that I am admitted to practice in this court.

__4-21-04__
Date

Signature: [signature]

Print Name: Stephen D Judge      Bar Number: 563390

Address: 23 Central Ave

City: Lynn    State: MA    Zip Code: 01901

Phone Number: 781 599 9520    Fax Number: 781 599 6966