UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
NEW HAMPSHIRE

CRIMINAL NO.

UNITED STATES OF AMERICA            04-4069-JED

vs.

LUIS CASTRO


**ASSENTED TO MOTION FOR CONTINUANCE OF DETENTION HEARING**


NOW comes the defendant in the above-entitled matter, by and through undersigned counsel, and respectfully moves this Honorable Court to continue the Detention Hearing date for reasons as follows:

1. The within matter is presently scheduled for a Detention Hearing on Friday, April 30, 2004,

2. Undersigned counsel will be unable to appear on said date because he is in Rhode Island with his Dad for health related issues and will not be able to return to be in this Honorable Court on Friday.

3. Undersigned counsel's secretary has spoken with Assistant United States Attorney Kevin McGrath and he has stated that the Government has no objection to the within motion

4. Undersigned counsel and Assistant United States Attorney Kevin McGrath have agreed upon Monday, May 10, 2004, for the next court date if agreeable with this Honorable Court.

1

5. The instant request for a continuance is based upon good cause, and is not for the purpose of delay.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

                    Respectfully submitted,
                    LUIS CASTRO
                    By his attorney,

                    STEPHEN D. JUDGE
                    23 Central Avenue
                    Suite 605
                    Lynn, MA  01901
                    (781) 599-2800

**CERTIFICATE OF SERVICE**

I, Stephen D. Judge, Esquire, hereby certify that I have delivered copies of the within Assented to Motion For Continuance of Detention Hearing, by mailing same, by FEDERAL EXPRESS, PRIORITY OVERNIGHT, to Assistant United States Attorney Kevin McGrath, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 29th day of April, 2004.

_____
STEPHEN D. JUDGE