AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WAIVER OF PRELIMINARY EXAMINATION OR HEARING** |
| Luis Castro | (Rule 5 or 32.1, Fed. R. Crim. P.) |
| | CASE NUMBER: 04m-1069-JGD |

I, __Luis Castro__, charged in a ☒ complaint ☐ petition pending in this District __of Massachusetts__

in violation of __21__, U.S.C., __841(a)(1), 846__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

__/s/ Luis Castro__
Defendant

__/s/ Stellyje__
Counsel for Defendant

__5-18-04__
Date