UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.

**JUAN ROSARIO**
**JAVIER TORRES-ESPINO**
**GEORGE MONTILLA**
**LUIS CASTRO**
**RAMON VILLA**
**ANSELMO DOMINGUEZ**
**CESAR MIRANDA**
**PEDRO INFANTE**

**CRIMINAL**
NO. 04-10160  -WGY

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on JUNE 9, 2004 before DEIN, USMJ, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by 7/7/04  See L.R 116.1(C).

B. The defendant shall provide automatic discovery by 7/7/04. See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by 7/28/04. See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 8/11/04. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on JULY 27, 2004 at 2:00 p.m. in Courtroom No. 18 on the 5 floor.

By the Court,

6/23/04                                    /s/ Elizabeth Smith

Date                                       Deputy Clerk

(Crinsch1.wp - 11/24/98)