UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                      **Criminal Action**
                                                      **No: 04-10160-WGY**

**UNITED STATES**
**Plaintiff**

v.

**JUAN ROSARIO**
**JAVIER TORRES-ESPINO**
**GEORGE MONTILLA**
**LUIS CASTRO**
**RAMON VILLA**
**ANSELMO DOMINGUEZ**
**CESAR MIRANDA**
**PEDRO INFANTE**
**Defendant**

**NOTICE**

**YOUNG, C.J.**

      This case is set for a SCHEDULING CONFERENCE on Monday Sept. 27, 2004 at 2:00 PM. All counsel are Ordered to be present unless leave of court is granted.

                                                        By the Court,

                                                        /s/ Elizabeth Smith

                                                        **Deputy Clerk**

**July 27, 2004**
**To: All Counsel**