UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10160 (WGY) |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1.  JUAN ROSARIO, | ) | |
|     a/k/a "Carlos Castro; | ) | - 21 U.S.C. § 846 |
| 2.  JAVIER TORRES-ESPINO, | ) | Conspiracy to Distribute, |
|     a/k/a "Danny" | ) | And to Possess with Intent |
| 3.  GEORGE MONTILLA, | ) | To Distribute, Cocaine |
|     a/k/a "Jose;" | ) | |
| 4.  LUIS CASTRO, | ) | - 21 U.S.C. § 853 |
|     a/k/a "Nene" | ) | Criminal Forfeiture |
| 5.  RAMON VILLA, | ) | |
|     a/k/a "Lorenzo Velasquez) | | |
|     a/k/a "Ramon," | ) | |
|     a/k/a "Jose Andino; | ) | |
| 6.  ANSELMO DOMINGUEZ; | ) | |
| 7.  CESAR MIRANDA, | ) | |
|     a/k/a "Tutu;" and | ) | |
| 8.  PEDRO INFANTE, | ) | |
|     a/k/a "Alex;" | ) | |
| | ) | |
|       Defendants. | ) | |

## SUPERSEDING INDICTMENT

COUNT ONE:    (21 U.S.C. § 846 - Conspiracy to Distribute,
              and to Possess with Intent to Distribute,
              Cocaine).

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about
November 2003 and continuing to on or about March 31, 2004, at
Haverhill, Lawrence, Boston and elsewhere in the District of
Massachusetts, in Nashua in the District of New Hampshire, and in
New York City, in the Southern District of New York, and
elsewhere,

1.   JUAN ROSARIO,
          a/k/a "Carlos Castro;"
2.   JAVIER TORRES-ESPINO,
          a/k/a "Danny;"
3.   GEORGE MONTILLA,
          a/k/a "Jose;"
4.   LUIS CASTRO,
          a/k/a "Nene"
5.   RAMON VILLA,
          a/k/a "Lorenzo Velasquez,"
          a/k/a "Ramon,"
          a/k/a "Jose Andino;"
6.   ANSELMO DOMINGUEZ;
7.   CESAR MIRANDA,
          a/k/a "Tutu;" and
8.   PEDRO INFANTE,
          a/k/a "Alex;"

defendants herein, did knowingly and intentionally combine,

conspire, confederate, and agree with each other, and with other

persons known and unknown to the Grand Jury, to distribute, and

to possess with intent to distribute, cocaine, a Schedule II

controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

The conspiracy charged herein involved five kilograms or

more of a mixture or substance containing a detectable amount of

cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections

846 and 841(b)(1)(A)(ii).

## FORFEITURE ALLEGATION

The Grand Jury further charges that:

1.  As a result of the offense alleged in Count One of this Indictment,

        1.    **JUAN ROSARIO,**
                **a/k/a "Carlos Castro;"**

        2.    **JAVIER TORRES-ESPINO,**
                **a/k/a "Danny;"**

        3.    **GEORGE MONTILLA,**
                **a/k/a "Jose;"**

        4.    **LUIS CASTRO,**
                **a/k/a "Nene"**

        5.    **RAMON VILLA,**
                **a/k/a "Lorenzo Velasquez,"**
                **a/k/a "Ramon,"**
                **a/k/a "Jose Andino;"**

        6.    **ANSELMO DOMINGUEZ;**

        7.    **CESAR MIRANDA,**
                **a/k/a "Tutu;" and**

        8.    **PEDRO INFANTE,**
                **a/k/a "Alex;"**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.  Such property includes, but is not limited to:

    (a)  $7,150 in United States currency seized from GEORGE MONTILLA on March 12, 2004, in that such sum represents drug proceeds, and

    (b)  $13,750 in United States currency seized from Jimenez Grocery at Lawrence, MA on March 30, 2004, in that such sum represents drug proceeds, and further represents monies the Defendants intended to use to purchase cocaine; and

2.    If any of the properties described in paragraph 1,

above, as a result of any act or omission of the Defendants --

      (a)    cannot be located upon the exercise of due
           diligence;

      (b)    has been transferred or sold to, or deposited
           with, a third party;

      (c)    has been placed beyond the jurisdiction of the
           Court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which
           cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any

other property of the defendant up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section

853.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

1.    The defendant JUAN ROSARIO, a/k/a "Carlos Castro" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

2.    The defendant JAVIER TORRES-ESPINO, a/k/a "Danny" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

3.    The defendant GEORGE MONTILLA, a/k/a "Jose" is accountable for at least 2 kilograms, but not more than 3.5 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(6) applies to this defendant.

4.    The defendant LUIS CASTRO, a/k/a "Nene" is accountable for at least 15 kilograms, but not more than fifty kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

5.    The defendant RAMON VILLA, a/k/a "Lorenzo Velasquez," a/k/a "Ramon," a/k/a "Jose Andino" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

6.    The defendant ANSELMO DOMINGUEZ is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.

Accordingly USSG §2D1.1(c)(7) applies to this defendant.

7.    The defendant CESAR MIRANDA, a/k/a "Tutu" is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine.  Accordingly USSG §2D1.1(c)(7) applies to this defendant.

8.    The defendant PEDRO INFANTE is accountable for at least 500 grams, but not more than 2 kilograms, of cocaine. Accordingly USSG §2D1.1(c)(7) applies to this defendant.

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

9/23/04 @ 2:35pm

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Haverhill        **Category No.**  II          **Investigating Agency**    DEA

**City**    Haverhill                      **Related Case Information:**

**County**    Essex                        Superseding Ind./ Inf.    X            Case No.    04-CR-10160-WGY
                                           Same Defendant    X          New Defendant
                                           Magistrate Judge Case Number    04-M-1069-JGD
                                           Search Warrant Case Number
                                           R 20/R 40 from District of

**Defendant Information:**

Defendant Name    Ramon Villa                          Juvenile:    ☐ Yes    X No

Alias Name    "Lorenzo Velasquez," "Jose Andino," "Ramon"

Address    187-189 Sanborn Street, Lawrence, MA

Birthdate: _____ SS # _____ Sex:  M    Race:  Hispanic        Nationality: _____

**Defense Counsel if known:**    Paul Markham        Address  P.O. Box 1101

Bar Number    _____            Melrose, MA  02176

**U.S. Attorney Information:**

AUSA    Cynthia W. Lie                        Bar Number if applicable    _____

**Interpreter:**    X Yes    ☐ No        List language and/or dialect:        Spanish

**Matter to be SEALED:**    ☐ Yes    X No

        ☐ Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date        03/30/04

X Already in Federal Custody as of        03/30/04        in    Boston, MA            .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:    9/23/04        Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Ramon Villa, a/k/a "Lorenzo Velasquez," "Jose Andino," "Ramon" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Haverhill    **Category No.** II    **Investigating Agency** DEA

**City** Haverhill

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. X    Case No. 04-CR-10160-WGY
Same Defendant X    New Defendant
Magistrate Judge Case Number 04-M-1069-JGD
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name Javier Espino-Torres    Juvenile: ☐ Yes    X No

Alias Name Danny Parades

Address

Birthdate: _____ SS # _____ Sex: M Race: Hispanic Nationality: _____

**Defense Counsel if known:** _____ Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA Cynthia W. Lie    Bar Number if applicable _____

**Interpreter:** X Yes ☐ No    List language and/or dialect: Spanish

**Matter to be SEALED:** ☐ Yes X No

☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date 03/31/04

X Already in Federal Custody as of 03/31/04 in Southern District of New York .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ X Felony 2 _____

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/23/04    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk):   _____

**Name of Defendant**     Javier Espino-Torres, a/k/a "Danny Parades" _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Haverhill      **Category No.**  II          **Investigating Agency**   DEA

**City**   Haverhill                  **Related Case Information:**

**County**   Essex                    Superseding Ind./ Inf.   X            Case No.    04-CR-10160-WGY
                                      Same Defendant      X        New Defendant
                                      Magistrate Judge Case Number    04-M-1069-JGD
                                      Search Warrant Case Number
                                      R 20/R 40 from District of

**Defendant Information:**

Defendant Name   George Montilla                  Juvenile:    ☐ Yes    X No

Alias Name     Jose

Address      22 Hilltop Street, Lawrence, MA

Birthdate: _____ SS # _____ Sex: _M_  Race: _Hispanic_  Nationality: _____

**Defense Counsel if known:**    Ronald Segal, Esq.      Address  23 Central Avenue, Suite 605

Bar Number   _____              Lynn, MA 01901

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie                  Bar Number if applicable   _____

**Interpreter:**   X Yes   ☐ No      List language and/or dialect:   Spanish

**Matter to be SEALED:**   ☐ Yes   X  No

      ☐ Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date      03/30/04

X  Already in Federal Custody as of       03/30/04       in   Boston, MA                  .
☐  Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:    9/23/04          Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     George Montilla, a/k/a "Jose" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill    **Category No.**  II    **Investigating Agency**  DEA

**City**  Haverhill

**County**  Essex

**Related Case Information:**

Superseding Ind./ Inf.  X    Case No.  04-CR-10160-WGY
Same Defendant  X    New Defendant
Magistrate Judge Case Number  04-M-1069-JGD
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Luis Castro    Juvenile:  ☐ Yes  X No

Alias Name  Nene

Address  1 Clocktower Place, Apt. 114, Nashua, NH

Birthdate: _____ SS # _____ Sex: M  Race: Hispanic  Nationality: _____

**Defense Counsel if known:**  Stephen D. Judge, Esq.    Address  23 Central Avenue., #605

Bar Number  _____    Lynn, MA 01901

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie    Bar Number if applicable  _____

**Interpreter:**  X Yes  ☐ No    List language and/or dialect:  Spanish

**Matter to be SEALED:**  ☐ Yes  X  No

    ☐ Warrant Requested    X Regular Process    ☐ In Custody

**Location Status:**

Arrest Date  _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:  JGD    on  05/18/04

**Charging Document:**  ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  9/24/04    Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Luis Castro, a/k/a "Nene" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill      **Category No.** II _____      **Investigating Agency** DEA _____

**City**  Haverhill _____                    **Related Case Information:**

**County**  Essex _____

Superseding Ind./ Inf.  X _____      Case No.  04-CR-10160-WGY
Same Defendant      X _____      New Defendant _____
Magistrate Judge Case Number      04-M-1069-JGD _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Anselmo Dominguez _____      Juvenile:   ☐ Yes   X  No

Alias Name _____

Address   82 Temple Street, Haverhill, MA _____

Birthdate: _____  SS # _____  Sex:  M   Race:  Hispanic   Nationality: _____

**Defense Counsel if known:**      John C.  McBride, Esq. _____      Address  240 Commercial Street _____

Bar Number _____                    Boston, MA  02109 _____

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie _____      Bar Number if applicable _____

**Interpreter:**   X  Yes   ☐ No      List language and/or dialect:      Spanish _____

**Matter to be SEALED:**   ☐ Yes  X   No

☐  Warrant Requested      X  Regular Process      ☐  In Custody

**Location Status:**

Arrest Date      03/30/04 _____

☐ Already in Federal Custody as of _____  in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   JGD _____  on   04/15/04 _____

**Charging Document:**   ☐ Complaint   ☐ Information   X  Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X  Felony   2 _____

Continue on Page 2 for Entry of U.S.C. Citations

X      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   9/24/04 _____      Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Anselmo Dominguez _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:**   Haverhill     **Category No.** __II_____     **Investigating Agency** __DEA_____

**City** __Haverhill_____     **Related Case Information:**

**County** __Essex_____     Superseding Ind./ Inf. __X_____     Case No. __04-CR-10160-WGY__
        Same Defendant __X_____     New Defendant _____
        Magistrate Judge Case Number __04-M-1069-JGD_____
        Search Warrant Case Number _____
        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Pedro Infante_____     Juvenile:    ☐ Yes    X No

Alias Name     __Alex_____

Address     __62 Jackson Street Extension, #1, Haverhill, MA_____

Birthdate: _____ SS # _____ Sex: __M____ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:** _____ Address _____

Bar Number _____     _____

**U.S. Attorney Information:**

AUSA __Cynthia W. Lie_____ Bar Number if applicable _____

**Interpreter:**    X Yes    ☐ No     List language and/or dialect: __Spanish_____

**Matter to be SEALED:**    ☐ Yes   ☐   No

    ☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date _Fugitive_____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint     ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __9/24/04_____     Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Pedro Infante, a/k/a "Alex" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Place of Offense:**  Haverhill      **Category No.**  II      **Investigating Agency**  DEA

**City**  Haverhill                  **Related Case Information:**

**County**  Essex                    Superseding Ind./ Inf.  X      Case No.  04-CR-10160-WGY
                                     Same Defendant  X      New Defendant
                                     Magistrate Judge Case Number  04-M-1069-JGD
                                     Search Warrant Case Number
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Cesar Miranda      Juvenile:    ☐ Yes    X No

Alias Name  Tuto

Address

Birthdate: _____ SS # _____ Sex: M  Race: Hispanic  Nationality: _____

**Defense Counsel if known:**  Lenore Glaser, Esq.    Address  25 Kingston Street, 6th Floor

Bar Number  _____        Boston, MA  02111

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie        Bar Number if applicable  _____

**Interpreter:**   X Yes   ☐ No      List language and/or dialect:    Spanish

**Matter to be SEALED:**   ☐ Yes   X  No

☐ Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date    03/31/04

X  Already in Federal Custody as of    03/31/04    in  Boston, MA    .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____    on _____

**Charging Document:**   ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _____        Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Cesar Miranda, a/k/a "Tuto" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2  21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Haverhill     **Category No.**  II          **Investigating Agency**   DEA

**City**   Haverhill                  **Related Case Information:**

**County**   Essex                    Superseding Ind./ Inf.   X              Case No.    04-CR-10160-WGY
                                       Same Defendant   X          New Defendant
                                       Magistrate Judge Case Number    04-M-1069-JGD
                                       Search Warrant Case Number
                                       R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Juan Rosario                    Juvenile:    ☐ Yes    X  No

Alias Name     Carlos Castro

Address      81 Blaisdell Street #1, Haverhill, MA

Birthdate:  1965      SS #  7818     Sex:  M     Race:  Hispanic        Nationality:

**Defense Counsel if known:**      Page Kelley, Esq.       Address  408 Atlantic Avenue

Bar Number                                       Boston, MA 02210

**U.S. Attorney Information:**

AUSA   Cynthia W. Lie                    Bar Number if applicable

**Interpreter:**    X  Yes   ☐  No        List language and/or dialect:      Spanish

**Matter to be SEALED:**     ☐ Yes   X   No

     ☐  Warrant Requested          ☐  Regular Process          X  In Custody

**Location Status:**

Arrest Date      03/30/04

X  Already in Federal Custody as of       03/30/04         in    Boston, MA           .
☐  Already in State Custody at                    ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                    on

**Charging Document:**      ☐ Complaint      ☐ Information      X  Indictment

**Total # of Counts:**      ☐ Petty            ☐ Misdemeanor            X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

X     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.**

Date:      9/24/04          Signature of AUSA:

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Juan Rosario, a/k/a "Carlos Castro" _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Consp. to Distribute, and to Possess w/ Intent to Dist., Cocaine | 1 |
| Set 2   21 U.S.C. § 853 | Criminal Forfeiture | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____