UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10160-WGY

FILED
in Open Court
USDC, Mass.
Date 12/21/04
By C/
Deputy Clerk

UNITED STATES OF AMERICA

vs.

LUIS CASTRO

## MOTION TO ALTER TERMS OF DEFENDANT'S PRE-TRIAL RELEASE

NOW comes the defendant, by and through undersigned counsel and respectfully requests this Honorable Court alter the terms of his pre-trial release as follows:

1. Relax the condition of travel outside of New Hampshire and Massachusetts for three weeks from December 24, 2004 until January 16, 2005.

2. All other conditions of the defendant's pre-trial release would remain unchanged.

In support hereof, the defendant says he has not seen his family in the Dominican Republic for almost one year. The defendant is a U.S. citizen who surrendered himself to this Honorable Court and has

YOUNG D.J.
MOTION ALLOWED
By the Court

_____
Deputy Clerk

made all of his required appearances in court and with pre-trial services. This request is made to afford him an opportunity to visit with them before his next court appearance.

WHEREFORE, the defendant respectfully requests the Court allow the proposed temporary relaxation of his conditions of pre-trial release.

>Respectfully submitted,
>LUIS CASTRO
>By his attorney,
>
>STEPHEN D. JUDGE
>23 Central Avenue
>Suite 605
>Lynn, MA. 01901
>(781) 599-2800

**CERTIFICATE OF SERVICE**

I, Stephen D. Judge, Esquire, certify that I have forwarded a copy of the within A Motion To Alter Terms Of Defendant's Pre-Trial Release, by delivering in hand same, to Assistant United States Attorney Cynthia W. Lie, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210 this 21nd day of December, 2004.

_____
STEPHEN D. JUDGE