UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. 04-10160 (WGY) |
| | ) | |
| v. | ) | |
| | ) | |
| **GEORGE MONTILLA,** | ) | |
| **LUIS CASTRO,** | ) | |
| Defendants. | ) | |

## GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that defendants Luis Castro and George Montilla notified the government of defendants' intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that defendants be awarded a three-point reduction for acceptance of responsibility.

Dated: October 12, 2005

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  */s/ Cynthia W. Lie*

CYNTHIA W. LIE
WILLIAM CONNOLLY
Assistant U.S. Attorneys