UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10160 (WGY) |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE MONTILLA, | ) | |
| LUIS CASTRO, | ) | |
| Defendants. | ) | |

GOVERNMENT'S SENTENCING MEMORANDUM

This case arose out of a Drug Enforcement Agency ("DEA") wiretap investigation in which DEA intercepted calls over two telephones used by co-defendant Juan Rosario ("Rosario"); Target Telephone 1 between February 12, and March 31, 2004 and Target Telephone 2 between March 13 and March 31, 2004. As the Court is aware from the trial of co-defendant Anselmo Dominguez and the Rule 11 hearings, the wiretap resulted in hundreds of recorded conversations. This included a number of conversations the government determined it could not adequately interpret[1]. Therefore, the government did not set forth each and every conversation during the wire, but it set forth the conversations and events that it believed could reasonably be proven at trial. Thus, given the circumstances of the case, the government conservatively attributed drug weights as to all the defendants.

---

[1] During the wire, the government had no informant participating in the drug deals, no significant amount of drugs were seized, and surveillance was unable to follow many of the transactions. Other than the 100 grams of cocaine found on Ramon Villa ("Villa"), no other narcotics were seized on any co-defendants.

1

As the Court is also aware, the government consequently stated during the Rule 11 hearings, and still maintains, that it considered both George Montilla and Luis Castro responsible for 500 grams to 2 kilograms of cocaine, a weight range that the government believed it could prove at trial. As set forth in the Presentence Report, there are other drug weights that are certainly relevant to defendants. However, these are weights the government believes were not readily proveable at trial.

Dated: October 12, 2005

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                                  By:  /s/ Cynthia W. Lie

                                                  CYNTHIA W. LIE
                                                  WILLIAM CONNOLLY
                                                  Assistant U.S. Attorneys