```
                    UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF MASSACHUSETTS

                                  Criminal No. 04-10160-WGY


***************************
                          *
UNITED STATES OF AMERICA  *
                          *
                          *
vs.                       *       SENTENCING EXCERPT
                          *
                          *
LUIS CASTRO               *
                          *
***************************




          BEFORE:   The Honorable William G. Young
                              District Judge








                                  1 Courthouse Way
                                  Boston, Massachusetts

                                  October 14, 2005
```

```
 1              THE COURT:  Mr. Luis Castro, in consideration of
 2    the criterion set forth in 18 United States Code, Section
 3    3553A, the information from the United States Attorney, your
 4    attorney, the Probation office, and yourself, this Court
 5    sentences you to 3 1/2 years, 42 months, in the custody of the
 6    Bureau of Prisons.  The Court thereafter imposes upon you three
 7    years of supervised release.  No fine due to your inability to
 8    pay a fine.  A 100 dollar special assessment.  The special
 9    conditions of your supervised release are that you not commit
10    any other crime.  You will refrain from the unlawful use of a
11    controlled substance.  You take one drug test within 15 days of
12    your release and at least two periodic drug tests thereafter,
13    not to exceed 104 tests per year.  You submit to the collection
14    of a DNA sample.  You comply with the standard conditions and
15    you are prohibited from possessing a firearm or other dangerous
16    weapon.
17              Let me explain the sentence.  Most people who commit the
18    crime that you've committed are sentenced to 80 months in
19    prison or more.  Now I sentence you to just a little over half
20    that, and the reason is your conduct after you were arrested.
21    That's why I sentenced you to that range.  What you did, this
22    conspiracy to distribute cocaine, a deadly drug, is one of the
23    most severe crimes against the people of our country.
24              I do take into account the safety valve.  I do take into
25    account the bargain that the Government has struck with you, a
```

```
 1    bargain that is quite favorable to you in light of the lengthy
 2    quantity of drugs that are involved here.  This is a just and a
 3    fair sentence.
 4         You will have credit toward the service of this sentence
 5    for the period from April 21, 2004 through May 18, 2004 and
 6    then from June 1, 2005 to the present.  You are informed you
 7    have the right to appeal from any findings or rulings this
 8    court has made against you.  Should you appeal and should your
 9    sentence be reversed, in whole or in part, the case will be
10    resentenced before another judge.  That's the sentence of the
11    court.  Remanded to the custody of the marshals.
12              MR. JUDGE:  Thank you, your Honor.
13              MS. LIE:  Thank you, your Honor.
14
15
16
17
18
19
20
21
22
23
24
25
```